FILED
JAMES BONINI
2009 DEC -1 PM 12: 10

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WESTERN DIV DAYTON

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

CORBIN JUSTIN HOWARD I,

    Plaintiff, : Case No. 3:09-cv-355

District Judge Walter Herbert Rice
-vs- Magistrate Judge Michael R. Merz

:

NORWEST MORTGAGE, INC., et al.,

    Defendants.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 15), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on November 30, 2009, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that the Complaint herein be, and it hereby is, dismissed without prejudice for want of prosecution.

November 30, 2009.

                                                          Walter Herbert Rice
                                                          United States District Judge